# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AUDIO EVOLUTION DIAGNOSTICS, INC., AND MICHAEL E. SABATINO, M.D.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**AMD GLOBAL TELEMEDICINE, INC.,**<br><br>**Defendant.** | No. 1:16-cv-1280-LPS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Under Rule 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiffs Audio Evolution Diagnostics, Inc., and Michael E. Sabatino, M.D., and Defendant AMD Global Telemedicine, Inc., that subject to the approval of this Court, the parties stipulate to dismissal of this action with prejudice.  The parties further stipulate that each party shall bear its own attorneys' fees, costs, and expenses.

Dated: February 18, 2019

**DEVLIN LAW FIRM, LLC**

/s/ *Tim Devlin*
Timothy Devlin (DE Bar No. 4241)
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Telephone: (302) 449-9010
Email: tdevlin@devlinlawfirm.com

**CORCORAN IP LAW, PLLC**
Peter J. Corcoran, III (*pro hac vice*)
2019 Richmond Road, Suite 380
Texarkana, TX 75503
Telephone: (903) 701-2481
Facsimile: (844) 362-3291

*Attorneys for Plaintiffs*
*Audio Evolution Diagnostics, Inc., and*
*Michael E. Sabatino, M.D.*

Respectfully submitted,

**SCHNADER HARRISON SEGAL & LEWIS LLP**

/s/ *Daniel M. Pereira*
Richard A. Barkasy (DE Bar No. 4683)
Daniel M. Pereira (DE Bar No. 6450)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 888-4554
Facsimile: (302) 888-1696
Email: rbarkasy@schnader.com
           dpereira@schnader.com

**BOURQUE & ASSOCIATES, P.A.**
Daniel J. Bourque (*pro hac vice*)
New Hampshire Bar No. 7865
835 Hanover Street, Suite 301
Manchester, NH 03104
Telepone: (603) 623-5111
Email: dbourque@nhpatlaw.com

**COOK, LITTLE, ROSENBLATT & MANSON, P.L.L.C.**
Arnold Rosenblatt (*pro hac vice*)
New Hampshire Bar No. 2879
1000 Elm Street, 20th Floor
Manchester, NH 03101
Telephone: (603) 621-7102
Email: a.rosenblatt@clrm.com

*Attorneys for Defendant*
*AMD Global Telemedicine, Inc.*

IT IS HEREBY ORDERED this _____ day of February, 2019.

_____
U.S. District Court Judge